# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRIC A. ROBINSON,** **AIS # 313668,** | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) CIV. ACT. 1:23-cv-00145-TFM-N |
| **KAREN CARTER, Warden III,** *et al.*, | ) ) ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED and DECREED** that Demetric A. Robinson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DISMISSED with prejudice**. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability nor to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 10th day of July, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE